UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:09-cv-08288-JHN-AJWx | Date | February 12, 2010 |
|---|---|---|---|
| Title | Edward Smith et. al. v. Farmers Group, Inc. Employees' Profit Sharing Savings Plan Trust et. al. | | |

| Present: The Honorable | Jacqueline Nguyen | | |
|---|---|---|---|
| Alicia Mamer | Not present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:** ORDER TO SHOW CAUSE RE DISMISSAL (In Chambers)

I.   *The Instant Smith Action*

The instant action, filed on November 12, 2009, follows the resolution of a class action litigated in the Alameda County Superior Court. That lawsuit, *Rose M. Bell, et al., vs. Farmers Insurance Exchange*, Case No 774013-0, was a wage-and-hour class action lawsuit in which the jury returned a verdict of approximately 90 million dollars in favor of plaintiffs in 2001. *See Bell v. Farmers Ins. Exchange*, 135 Cal. App. 4th 1138, 1141, 38 Cal. Rptr. 3d 306 (2006). On September 30, 2004, the Plaintiffs and Farmers entered into a global settlement providing for overtime pay for the class plaintiffs. (Compl. at 2.) In the instant action, Plaintiffs Smith, Valvo, "and all others similarly situated", who were members of the class in *Bell* (Compl. ¶ 1), claim that Defendants failed to make any allocation to the class members' profit sharing plans based on the overtime pay awarded to them in the *Bell* case. However, this is not the first time Plaintiff's counsel has filed a complaint on behalf of those situated with the *Bell* class members.

II.   *The Partially Dismissed Folck Action*

On March 26, 2009, Plaintiffs' counsel, Ronald Dean, filed a Complaint identical to the *Smith* Complaint, on behalf of David Folck, and, like the instant matter, "all others similarly situated," presumably the class members in *Bell*. *See David Folck v. Farmers Group, Inc. Employees Profit Sharing Savings Plan Trust et al.,* 2:09-cv-02116-JHN-AJWx, docket no. 1. That Complaint was dismissed in part by this Court on July 22, 2009. (*Folck*, Docket no. 16.) Plaintiffs filed a Motion for Reconsideration (*Folck*, docket no. 28) and Defendants filed a Motion for Judgment on the Pleadings (*Folck*, docket no. 26). Both of those matters are presently pending before this Court and have been taken under submission.

Because the instant Complaint is identical to the *Folck* Complaint, and both Folck and Smith purport to be representatives of the class members in *Bell*, Plaintiffs must demonstrate to this Court, in writing, why this court should not dismiss the *Smith* complaint and why Plaintiffs are not bound by this Court's prior partial dismissal of the *Folck* complaint. Plaintiffs must do so within **twenty days** of this order or this action shall be dismissed with prejudice. The hearing set for February 22, 2010 is hereby **vacated** to be reset by the Court if the instant *Smith* Complaint is not dismissed.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:09-cv-08288-JHN-AJWx | Date | February 12, 2010 |
|---|---|---|---|
| Title | Edward Smith et. al. v. Farmers Group, Inc. Employees' Profit Sharing Savings Plan Trust et. al. | | |

: N/A

Initials of Preparer   AM